UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RACHEL WELLNER, M.D.,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                    Defendant. | 17 Civ. 3479 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

There is currently a jury trial scheduled in this action for the week of September 21, 2020.  However, given the ongoing pandemic, the Court believes it unlikely that a jury trial will be able to proceed in the month of September.  Moreover, the parties have indicated that they do not wish to proceed with a bench trial.  Therefore, the Court ADJOURNS the scheduled trial *sine die*.  The Court further ADJOURNS *sine die* the various deadlines and the final pretrial conference in this action.  The Court will contact the parties when it has a sense of when jury trials will be possible.

    SO ORDERED.

Dated:    July 14, 2020
          New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge