UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. RACHEL WELLNER, M.D.,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                    Defendant. | 17 Civ. 3479 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

In light of a conflict with the Court's schedule, the trial in this matter is hereby ADJOURNED to **July 10, 2023**. The parties are ordered to appear on that date at **9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Accordingly, the following schedule will now be in effect:

- The parties are to exchange drafts of their portions of the Joint Pretrial Order on or before **June 5, 2023**;

- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due **June 12, 2023**;

- Any opposition papers will be due **June 19, 2023**;

- The final pretrial conference will be scheduled for **June 27, 2023, at 11:30 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

SO ORDERED.

Dated: December 14, 2022
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge